UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODOLFO MOLINA JR., | ) | 1:07-cv-00773 OWW-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 4) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| JEFFREY WRIGLEY, | ) | (Doc. 1) |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 23, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED as frivolous. (Doc. 4). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 23, 2008 (Doc. 4), are ADOPTED IN FULL;

1

1 | 2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED; and

2 | 3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the

3 | file.

4 | This order terminates the action in its entirety.

6 | IT IS SO ORDERED.

7 | **Dated:   March 13, 2008**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE